## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.

JUDAH BENJAMIN WILSON,

Defendant.

Case No. 6:25-mj-1998-RMN

## <u>REPORT AND RECOMMENDATION</u>

This matter is before the Court on the issue of Defendant's mental competency. Previously, the parties moved for a detention hearing. Dkt. 18. In granting that motion, I directed the Attorney General to conduct a psychiatric or psychological examination at a suitable facility to determine whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, in accordance with 18 U.S.C. §§ 4241, 4247(b). A forensic psychologist, Dr. K. McDaniel, evaluated the Defendant at FMC Lexington and prepared a report, which is filed under seal. Dkt. 28.

On March 23, 2026, I held a hearing to determine if Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, as required by 18 U.S.C. § 4241. The parties tendered Dr. McDaniel's report for consideration and represented that if directed to testify, Dr. McDaniel would provide testimony consistent with the contents of the report. Based on my independent review of the report, the Defendant's concession that he is competent to proceed, and the absence of contrary evidence, I conclude that Defendant, Judah Benjamin Wilson, understands the nature and consequences of the proceedings against him and can assist properly in his defense.

Accordingly, I respectfully **RECOMMEND** that the Court find the Defendant is competent to proceed because he is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

<u>NOTICE TO PARTIES</u>

A party may file written objections to this Report's proposed findings and recommendations within fourteen days from the date the party is served with this

Report. 28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Crim. P. 59. A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion. *See id.* § 636(b)(1); *see also* 11th Cir. R. 3-1.

**ENTERED** in Orlando, Florida, on March 23, 2026.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record