UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

  v.                              Case No.:  6:26-cr-00097-GAP-LHP

JUDAH BENJAMIN WILSON,

     Defendant,

                                      /

**ORDER**

This cause comes before the Court on the Report and Recommendation (Doc. 30) filed March 23, 2026.[1]

On March 23, 2026, the United States Magistrate Judge issued a report (Doc. 30) following a hearing to determine if the defendant was presently suffering from a mental disease or defect rending him mentally incompetent to understand the nature and consequences of the proceedings against him and if he was able to assist properly in his defense as required by 18 U.S.C. § 4241. The defendant had been evaluated by Dr. K. McDaniel at FMC Lexington who found him competent to proceed in the underlying action.   The United States Magistrate Judge recommends to the Court that the Defendant be found competent to proceed

---

[1] The Report and Recommendation was filed in the Magistrate Case 6:25-mj-1998-RMN but merged into the criminal case 6:26-cr-97-GAP-LHP when the Information was filed on April 17, 2026.

because he is not suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him and is able to assist properly in his defense.  Defendant has not filed an objection to the report.

Therefore, it is

**ORDERED** as follows:

1.  The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  The defendant is deemed competent to proceed in the underlying action filed against him.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Attorney
United States Probation Office
Counsel for Defendant